**Frank SWEENEY et al., Appellants, v.
STATE BOARD OF PUBLIC AS-
SISTANCE, Appellee.**

No. 7682.

Circuit Court of Appeals, Third Circuit.

May 28, 1941.

See, also, 36 F.Supp. 973.

Frank Sweeney, of Alden, Pa., for himself.

Joseph F. Tedesco, of Scranton, Pa. (M. Louise Rutherford, Deputy Atty. Gen., and Claude T. Reno, Atty. Gen., on the brief), for defendant.

Before BIGGS, CLARK, and JONES, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

**UNITED STATES v. DEL GATTO.**

No. 222.

Circuit Court of Appeals, Second Circuit.

April 21, 1941.

James E. Wilkinson, of New York City, for appellant.

Vine H. Smith, of Brooklyn, N. Y., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**UNITED STATES, Appellee, v. George
Frederick GUNDELFINGER,
Appellant.**

No. 7713.

Circuit Court of Appeals, Third Circuit.

May 21, 1941.

H. F. Stambaugh, of Pittsburgh, Pa., for appellant.

George Mashank, of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed.

**UNITED STATES of America, Appellant,
v. Alta Mae HOWARD, Appellee.**

No. 9821.

Circuit Court of Appeals, Ninth Circuit.

May 22, 1941.

See, also, 28 F.Supp. 985.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Francis J. McGan, Atty., Department of Justice, of Butte, Montana, for appellant.

George C. Furber, of Seattle, Wash., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.